1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**
9          **CENTRAL DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| MARK A. NEWQUIST, | Case No. EDCV 07-1494-JWJ |
| Plaintiff, | JUDGMENT |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

17

18          **IT IS ADJUDGED** that the decision of the Administrative Law Judge is

19    **AFFIRMED**.

20

21    DATED:  March 30, 2009

22

23                                        _____/s/_____

24                                        JEFFREY W. JOHNSON
                                          United States Magistrate Judge
25

26

27

28